Michael E. Hansen
Attorney at Law, SBN 191737
711 Ninth Street, Suite 100
Sacramento, CA 95814
916.438.7711 FAX 916.864.1359

Attorney for Defendant
SHARON DELGADO

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>   vs.<br><br>SHARON DELGADO, et al.,<br><br>               Defendants. | No. 2:13-MJ-00005 CKD<br><br>**STIPULATION AND ORDER TO VACATE TRIAL DATE AND SET STATUS CONFERENCE** |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Nicholas Fogg, Special Assistant United States Attorney, attorney for plaintiff; Michael Hansen, attorney for defendant Sharon Delgado; Mark Reichel, attorney for defendants David Hartsough, Janet Hartsough and Jane Kesselman; and Daniel Taylor, attorney for defendant Shirley Osgood, that the previously-scheduled court trial date of April 15, 2013, be vacated and the matter set for status conference on April 25, 2013, at 9:30 a.m.

This continuance is requested to allow counsel additional time to review discovery with the defendants, to examine possible defenses and to continue investigating the facts of the case.

The Government concurs with this request.

Accordingly, the parties respectfully request the Court adopt this proposed stipulation.

//

//

**Stipulation and [Proposed] Order to Vacate Court Trial and Set Status Conference**

IT IS SO STIPULATED.

Dated: April 8, 2013                    Respectfully submitted,

                                        /s/ Michael E. Hansen
                                        MICHAEL E. HANSEN
                                        Attorney for Defendant
                                        SHARON DELGADO

Dated: April 8, 2013                    /s/ Michael E. Hansen for
                                        MARK REICHEL
                                        Attorney for Defendants
                                        DAVID HARTSOUGH,
                                        JANET HARTSOUGH and
                                        JANE KESSELMAN

Dated: April 8, 2013                    /s/ Michael E. Hansen for
                                        DANIEL TAYLOR
                                        Attorney for Defendant
                                        SHIRLEY OSGOOD

Dated: April 8, 2013                    BENJAMIN B. WAGNER
                                        United States Attorney

                                        By: /s/ Michael E. Hansen for
                                        NICHOLAS FOGG
                                        Special Assistant U.S. Attorney
                                        Attorney for Plaintiff

## ORDER

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, orders that the April 15, 2013, court trial shall be vacated, and the matter set for status conference on April 25, 2013, at 9:30 a.m.

**IT IS SO ORDERED**.

Dated: 4/8/2013                         /s/ Carolyn K. Delaney
                                        CAROLYN K. DELANEY
                                        United States Magistrate Judge

**Stipulation and [Proposed] Order to Vacate Court Trial and Set Status Conference**